FILED
CHARLOTTE, N.C.

2005 MAY 25  AM 7:38

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>FREDERICK J. GILLILAND,<br>Defendant,<br><br>and<br><br>MM ACMC BANQUE DE COMMERCE, INC.,<br>Relief Defendant. | CIVIL ACTION FILE<br>NO. 3:02CV128-McK |

## ORDER GRANTING RECEIVER'S UNOPPOSED
## SIXTH INTERIM FEE APPLICATION

On the date set forth below, came on for consideration the Receiver's Sixth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorneys' Fees and Expenses. The Court, being familiar with the pleadings and papers on file herein, having considered the contents of the Application, was of the opinion, and so found, that it should be granted. Accordingly,

**IT IS ORDERED** that the amounts of attorneys' fees, Receiver's fees and expenses set forth in the Application are hereby approved and the Receiver is hereby authorized to pay Quilling Selander Cummiskey & Lownds, P.C. the sum of $28,847.00 in fees and $1,061.15 in expenses for the time period from January 1, 2005 through March 31, 2005.

**SO ORDERED** this 24th day of May, 2005.

HONORABLE DAVID O. KEESLER
UNITED STATES MAGISTRATE JUDGE

## *After Entry, Return to:*

*Michael J. Quilling, Esq.*
*Quilling, Selander, Cummiskey*
 *& Lownds, P.C.*
*2001 Bryan Street*
*Suite 1800*
*Dallas, Texas 75201*