# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:02CV128

| | | |
|---|---|---|
| **SECURITIES & EXCHANGE COMMISSION** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **ORDER** |
| | ) | |
| **GILLILAND,** | ) | |
| **Defendant** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** upon Receiver's unopposed First Motion to Allow and Pay Attorney's Fees and Expenses of Canadian Counsel (doc. 53). No objection was filed to the motion and the time for objection has passed.

After carefully reviewing the information provided by the Receiver, this Court determines that the motion should be granted.

Accordingly, **IT IS HEREBY ORDERED THAT** the amounts set forth are approved and the Receiver is authorized to: (1) pay the law firm of Bennett, Jones, LLP, the sum of $119,932.74 US in fees and expenses; and (2) pay the law firm of Edwards, Kenny & Bray, the sum of $13,638.60 US in fees and expenses.

**Signed: July 14, 2005**

David C. Keesler
United States Magistrate Judge