UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-128-DCK |
| FREDERICK J. GILLILAND, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MM ACMC BANQUE DE COMMERCE, INC., | ) | |
| | ) | |
| Relief Defendant. | ) | |

## ORDER GRANTING RECEIVER'S SECOND INTERIM
## FEE APPLICATION OF CANADIAN COUNSEL

On the date set forth below, came on for consideration the Receiver's Second Interim

Application to Allow and Pay Attorneys' Fees and Expenses of Canadian Counsel. No objection

has been filed to the motion, and the time for objection has now passed. Therefore, the Court, being

familiar with the pleadings and papers on file herein, having considered the contents of the

Application, was of the opinion, and so found, that it should be granted. Accordingly,

**IT IS ORDERED** that the amounts of attorneys' fees and expenses set forth in the

Application are hereby approved and the Receiver is hereby authorized to pay Bennett Jones, LLP

of Toronto, Canada the sum of $158,941.86 in fees and expenses for the time period from April 1,

2005 through February 28, 2006 and Rachel Fisher of Vancouver, Canada the sum of $15,261.78

in fees and expenses for the time period from January 1, 2005 through March 31, 2006.

**ORDER GRANTING RECEIVER'S SECOND INTERIM FEE APPLICATION OF CANADIAN COUNSEL - Page 1**
\\ncwd.circ4.dcn\dfs\PDFQUEUE\ChambersNotSigned\DKeesler\DKeesler_cv_3-02cv128_Securities.Exchange.Commission.v.Frederick.Gillila
nd.Order.Granting.Receiver's.Second.Interim.Fee.Application.wpd

**SO ORDERED**.

Signed: June 5, 2006

David C. Keesler
United States Magistrate Judge

ORDER GRANTING RECEIVER'S SECOND INTERIM FEE APPLICATION OF CANADIAN COUNSEL  - Page 2
\\ncwd.circ4.dcn\dfs\PDFQUEUE\ChambersNotSigned\DKeesler\DKeesler_cv_3-02cv128_Securities.Exchange.Commission.v.Frederick.Gillila
nd.Order.Granting.Receiver's.Second.Interim.Fee.Application.wpd