UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-128-DCK |
| FREDERICK J. GILLILAND, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MM ACMC BANQUE DE COMMERCE, INC., | ) | |
| Relief Defendant. | ) | |

## ORDER APPROVING RECEIVER'S UNOPPOSED MOTION TO APPROVE COMPROMISE AND SETTLEMENT AGREEMENT (CRISTELL)

On the date set forth below came on for consideration the Receiver's Unopposed Motion to Approve Compromise and Settlement Agreement (Cristell). The Court, being familiar with the pleadings and papers on file herein and having considered the unopposed nature of the Motion, finds that the Motion should be granted.

IT IS ORDERED that the Receiver is hereby authorized to take all steps necessary to consummate and execute the Compromise and Settlement Agreement with Raymond and Marilyn Cristell.

Signed: November 14, 2006

David C. Keesler
United States Magistrate Judge