UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, )<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>FREDERICK J. GILLILAND, )<br>   Defendant, )<br>)<br>and )<br>)<br>MM ACMC BANQUE DE COMMERCE, INC., )<br>   Relief Defendant. ) | CIVIL ACTION NO.<br>3:02-CV-128-DCK |

**ORDER GRANTING RECEIVER'S UNOPPOSED**
**NINTH INTERIM FEE APPLICATION**

On the date set forth below, came on for consideration the Receiver's Ninth Interim Application to Allow and Pay (1) Receiver's Fees and Expenses and (2) Attorneys' Fees and Expenses. The Court, being familiar with the pleadings and papers on file herein, having considered the contents of the Application, was of the opinion, and so found, that it should be granted. Accordingly,

**IT IS ORDERED** that the amounts of attorneys' fees, Receiver's fees and expenses set forth in the Application are hereby approved and the Receiver is hereby authorized to pay Quilling Selander Cummiskey & Lownds, P.C. the sum of $35,474.00 in fees and $1,730.89 in expenses for the time period from November 1, 2005 through October 31, 2006.

**SO ORDERED**.

Signed: December 19, 2006

_____
David C. Keesler
United States Magistrate Judge

**ORDER GRANTING RECEIVER'S UNOPPOSED NINTH INTERIM FEE APPLICATION - Page Solo**
\\ncwd.circ4.dcn\dfs\PDFQueue\ChambersNotSigned\DKeesler\DKeesler_cv_3-02cv128_Securities.Exchange.Commission.v.Frederick.Gilliland
.Order.Granting.9th.Interim.Fee.App.wpd