UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-128-DCK |
| FREDERICK J. GILLILAND, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MM ACMC BANQUE DE COMMERCE, INC., | ) | |
| Relief Defendant. | ) | |

## ORDER APPROVING FINAL REPORT
## AND PROPOSED DISTRIBUTION PLAN

On this day, the Court considered the Receiver's Final Report and Proposed Distribution Plan filed with the Court February 1, 2008. No filing has been made in opposition. The Court, being familiar with the pleadings and papers on file herein and having carefully considered the Report, is of the opinion, and so finds, that it should be granted. Accordingly,

**IT IS ORDERED** that the Receiver's Final Report and Proposed Distribution Plan is approved in all respects.

**IT IS FURTHER ORDERED** that the Receiver is authorized to make each of the following distributions to cover the following administrative expenses:

| | |
|---|---|
| $15,000.00 | Fees to Brian Van Flack |
| $10,000.00 | QSCL anticipated fees to close case. |
| $7,500.00 | Accountants to prepare tax return. |
| $2,400.00 | Storage costs. |

**IT IS FURTHER ORDERED** that the Receiver is authorized to make the distributions to holders of allowed claims as set forth on Exhibit "C" to the Final Report, including such additional interest as may accrue, and to send each claimant a cover letter in the form attached as Exhibit "D" to the Final Report.

**SO ORDERED**.

Signed: February 27, 2008

David C. Keesler
United States Magistrate Judge