UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | 3:02-CV-128-DCK |
| FREDERICK J. GILLILAND, | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MM ACMC BANQUE DE COMMERCE, INC., | ) | |
| Relief Defendant. | ) | |

**ORDER GRANTING RECEIVER'S FINAL
APPLICATION FOR COMPENSATION OF FEES AND
REIMBURSEMENT OF EXPENSES FOR ACCOUNTANTS**

On the date set forth below, came on for consideration the Receiver's Final Application for Compensation of Fees and Reimbursement of Expenses for Accountants, filed February 1, 2008. No opposition has been filed. The Court, being familiar with the pleadings and papers on file herein and having considered the contents of the Application, was of the opinion, and so found, that it should be granted. Accordingly,

**IT IS ORDERED** that the amounts of accountants fees and expenses set forth in the Application are hereby approved and the Receiver is hereby authorized to pay Litzler, Segner, Shaw & McKenney the sum of $22,142.00 in fees and $44.75 in expenses for the time period from August 2003 through November 2004.

**SO ORDERED**.

Signed: February 27, 2008

David C. Keesler
United States Magistrate Judge