# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO.: 3:02CV128-DCK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| FREDERICK J. GILLILAND, | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| MM ACMC BANQUE DE COMMERCE, INC., | ) |
| Relief Defendant. | ) |

## ORDER GRANTING RECEIVER'S MOTION TO
## PAY UNCLAIMED FUNDS INTO THE REGISTRY OF COURT

On this day the Court considered the Receiver's Motion to Pay Unclaimed Funds into the Registry of the Court. The Court, being familiar with the pleadings and papers on file and having carefully considered the Motion, was of the opinion, and so found, that the Motion should be granted. Accordingly,

IT IS ORDERED that the Receiver shall pay into the Registry of this Court the total sum of $12,804.95, such amount to be beneficially held by the Clerk of the Court for the following individuals in the following amounts should they ever seek to make claim to those funds in the future:

| | |
|---|---|
| Doug Brown | $1,779.68 |
| Ambrocio Fregoso | $4,004.27 |
| Rose Marie Greene | $1,637.30 |
| Richard Gregory | $3,559.35 |
| John McGladrie | $1,824.35 |

Signed: July 2, 2008

David C. Keesler
United States Magistrate Judge