# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:02-CV-128-DCK

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION,<br>Plaintiff, | )<br>)<br>) |
| vs. | )    **ORDER** |
| FREDERICK J. GILLILAND,<br>Defendant, | )<br>)<br>)<br>) |
| and | )<br>) |
| MM ACMC BANQUE DE COMMERCE, INC.,<br>Relief Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Receiver's Motion To Close Case" (Document No. 88) filed July 7, 2008. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is now ripe for disposition.

Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Receiver's Motion To Close Case" (Document No. 88) is hereby **GRANTED**. Accordingly, (1) the Receiver is authorized to abandon and destroy all records relating to the receivership estate at such time as the Receiver, in his discretion, deems proper; (2) the Receiver is discharged from any further service or responsibility to the receivership estate; (3) the bond posted by the Receiver in these proceedings is hereby released; and (4) the receivership estate and these proceedings are hereby **CLOSED**.

**SO ORDERED**.

Signed: July 8, 2008

David C. Keesler
United States Magistrate Judge